Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
| WUXI TIANRAN PHOTOVOLTAIC CO., LTD., | ) ) ) | |
| Plaintiff, | ) | SUMMONS |
| v. | ) ) | Court No. 21-00538 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

TO: The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiff): Plaintiff, Wuxi Tianran Photovoltaic Co., Ltd., is a foreign exporter of subject merchandise, crystalline silicon photovoltaic cells, whether or not assembled into modules, from the People's Republic of China. Plaintiff therefore is an interested party within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiff was a party in the United States Department of Commerce's ("Commerce's") administrative review of the countervailing duty order on *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018* (Case No. A-570-980) for the period of review January 1, 2018, through December 31, 2018. Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. (Brief description of contested determination): Plaintiff contests certain aspects of Commerce's final results in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*. Commerce issued final results calculating an individual countervailing duty margin for Wuxi Tianran Photovoltaic

**Summons, Court No. 21-00538**

    Co., Ltd.  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>(Date of contested determination)</u>:  Commerce issued its final results on August 23, 2021.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results of administrative review in the *Federal Register* on August 30, 2021 (86 Fed. Reg. 48393).

                      Respectfully submitted by:

                      Robert G. Gosselink
                      Jonathan M. Freed
                      Kenneth N. Hammer

                      TRADE PACIFIC PLLC
                      700 Pennsylvania Avenue, SE
                      Suite 500
                      Washington, DC  20003
                      Tel:  (202) 223-3760
                      Fax:  (202) 223-3763
                      Email:  rgosselink@tradepacificlaw.com

                      *Counsel to Plaintiff*

<u>/s/ Robert G. Gosselink</u>
Signature of Plaintiff's Attorney

<u>September 23, 2021</u>
Date

**Form 3-2**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

<u>On behalf of the United States</u>
Attorney-in-Charge
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Washington, DC  20530


<u>On behalf of the U.S. Department of Commerce</u>
Office of the Chief Counsel
for Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC  20230

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230


(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)