UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **WUXI TIANRAN PHOTOVOLTAIC CO., LTD.,** <br>          Plaintiff, <br> **and** <br> **JA SOLAR TECH. YANGZHOU CO., LTD., SHANGHAI JA SOLAR TECH. CO., LTD., and JINGAO SOLAR CO., LTD.,** <br>          Plaintiff-Intervenors, <br> **v.** <br> **UNITED STATES,** <br>          Defendant. | Before: Jane A. Restani, Judge <br><br> Consol. Ct. No. 21-00538 |

## ORDER

The United States has filed a motion requesting remand to reconsider its determination with respect to the Export Buyer's Credit Program, which was found to constitute a countervailable benefit resulting in a positive duty rate for the plaintiff and plaintiff-intervenors ("the Plaintiffs"). The Plaintiffs take no position on the motion. Nonetheless, the court concludes that remand is necessary for the reasons stated in <u>Risen Energy Co. v. United States</u>, Slip Op. 22-44 (CIT May 12, 2022) recently issued. The same parameters on the remand proceeding specified in <u>Risen Energy Co.</u> shall control remand proceedings in this case.

The remand shall be issued within 60 days hereof. Comments may be filed 30 days thereafter and any response 15 days thereafter.

**SO ORDERED.**

/S/ Jane A. Restani<br>Jane A. Restani, Judge

Dated: May 12, 2022
       New York, New York