Form18-1

**Form 18**

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br><br>Defendant. | Court No. 21-00281<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

_____Wenhui (Flora) Ji_____ declares that (check one)


1) TERMINATION BY AN INDIVIDUAL

☐   I am an attorney/consultant representing or retained on behalf of_____
_____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):


_____         _____
[Name of proceeding]                             [Case or investigation no.]



OR

Form18-2

2)     TERMINATION BY A FIRM

☐     I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
   [Name of proceeding]                        [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

_____
[Attorney or consultant]

_____

_____

_____
[Address and Telephone Number]

Date: _____

Form18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 1:19-cv-00144-RKE | Fusong Jinlong Wooden Group Co., Ltd. et al v. United States | Yihua Lifestyle Technology Co., Ltd. |
| 1:19-cv-00146-RKE | Yihua Lifestyle Technology Co., Ltd. v. United States | Yihua Lifestyle Technology Co., Ltd. |
| 1:20-cv-03743-CRK | Risen Energy Co., Ltd. v. United States | JA Solar Technology Yangzhou Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:20-cv-03757-CRK | Trina Solar Co., Ltd. et al v. United States | JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., JA Solar Technology Yangzhou Co. |
| 1:20-cv-03761-CRK | Shanghai BYD Co., Ltd. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:20-cv-03797-CRK | Wuxi Tianran Photovoltaic Co., Ltd. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:20-cv-03802-CRK | Shenzhen Sungold Solar Co., Ltd. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-4

| | | |
|---|---|---|
| 1:20-cv-03804-CRK | JA Solar Technology Yangzhou Co., Ltd. et al v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:20-cv-03885-TMR | Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:20-cv-03899-TMR | Baroque Timber Industries (Zhongshan) Co., Ltd. et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:20-cv-03912-JAR | Risen Energy Co., Ltd. v. United States | Hefei JA Solar Technology Co., Ltd., JA Solar (Xingtai) Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:20-cv-03919-TMR | Jiangsu Guyu International Trading Co., Ltd. et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:20-cv-03930-JCG | Coalition for Fair Trade in Hardwood Plywood v. United States | Concannon Corporation, Richmond International Forest Products LLC, Taraca Pacific Inc. |
| 1:20-cv-03937-TMR | Fine Furniture (Shanghai) Limited et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:20-cv-03945-JCG | Richmond International Forest Products, LLC et al v. United States | Concannon Corporation, Richmond International Forest Products LLC, Taraca Pacific Inc. |

Form18-5

| | | |
|---|---|---|
| 1:20-cv-03946-JCG | Xuzhou Jiangheng Wood Products Co., Ltd. et al v. United States | Concannon Corporation, Richmond International Forest Products LLC, Taraca Pacific Inc. |
| 1:20-cv-03948-RKE | American Manufacturers of Multilayered Wood Flooring v. United States | Yihua Lifestyle Technology Co., Ltd. |
| 1:21-cv-00004-JAR | JingAo Solar Co., Ltd. et al v. United States | Hefei JA Solar Technology Co., Ltd., JA Solar (Xingtai) Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:21-cv-00133-TMR | Jiangsu Zhongji Lamination Materials Co., Ltd. et al v. United States | Anhui Maximum Aluminium Industries Company Limited, Jiangsu Huafeng Aluminium Industry Co., Ltd., Jiangsu Zhongji Lamination Materials Co., (HK) Ltd., Jiangsu Zhongji Lamination Materials Co., Ltd., Shantou Wanshun Package Material Stock Co., Ltd. |
| 1:21-cv-00138-MMB | Jiangsu Zhongji Lamination Materials Co., (HK) Ltd. et al v. United States | Jiangsu Huafeng Aluminum Industry Co., Ltd., Jiangsu Zhongji Lamination Materials Co., (HK) Ltd., Jiangsu Zhongji Lamination Materials Co., Ltd., Jiangsu Zhongji Lamination Materials Stock Co., Ltd. |
| 1:21-cv-00282-GSK | Brooklyn Bedding, LLC et al v. United States | Best Mattresses International Company Limited, Rose Lion Furniture International Company Limited |
| 1:21-cv-00283-TMR | Ashley Furniture Industries, LLC et al v. United States | Ashley Furniture Industries, LLC, Ashley Furniture |

| | | |
|---|---|---|
| | | Trading Company, Comfort Bedding Company Limited, Millennium Furniture Co., Ltd., Wanek Furniture Co., Ltd. |
| 1:21-cv-00514-LMG | JA Solar International Limited et al v. United States | JA Solar International Limited, JA Solar USA Inc. |
| 1:21-cv-00538-JAR | Wuxi Tianran Photovoltaic Co., Ltd. v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:21-cv-00548-JAR | Shanghai JA Solar Technology Co., Ltd. et al v. United States | JA Solar Technology Yangzhou Co., Ltd., JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd. |
| 1:21-cv-00591-TMR | Evolutions Flooring, Inc. et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:21-cv-00599-TMR | Dunhua City Jisen Wood Industry Co., Ltd. et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:21-cv-00600-TMR | Baroque Timber Industries (Zhongshan) Co., Ltd. et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:21-cv-00601-TMR | Fine Furniture (Shanghai) Limited et al v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |
| 1:20-cv-03911-MAB | PrimeSource Building Products, Inc. v. United States | PrimeSource Building Products, Inc. |
| 1:20-cv-03934-MAB | Cheng Ch International Co., Ltd. et al v. United States | PrimeSource Building Products, Inc. |
| 1:15-cv-00204-TCS | Dunhua City Jisen Wood Industry Co., Ltd. et al v. United States | Fine Furniture (Shanghai) Ltd., Fine Furniture (Shanghai) Limited, |

|  |  |  |
|---|---|---|
|  |  | Guangdong Yihua Timber Industry Co., Ltd. |
| 1:15-cv-00210-TCS | Fine Furniture (Shanghai) Limited v. United States | Fine Furniture (Shanghai) Ltd., Fine Furniture (Shanghai) Limited, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:15-cv-00225-TCS | Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. et al v. United States | Fine Furniture (Shanghai) Ltd., Fine Furniture (Shanghai) Limited, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:15-cv-00230-TCS | Old Master Products, Inc. v. United States | Fine Furniture (Shanghai) Ltd., Fine Furniture (Shanghai) Limited, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:15-cv-00234-TCS | Armstrong Wood Products (Kunshan) Co., Ltd. et al v. United States | Fine Furniture (Shanghai) Ltd., Fine Furniture (Shanghai) Limited, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:16-cv-00145-RKE | Fine Furniture (Shanghai) Limited v. United States | Fine Furniture (Shanghai) Limited, Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., USPLY LLC, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:16-cv-00146-RKE | Guangdong Yihua Timber Industry Co., Ltd. v. United States | Fine Furniture (Shanghai) Limited, Canusa Wood Products Ltd., Concannon Corporation, Fabuwood |

| | | |
|---|---|---|
| | | Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., USPLY LLC, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:16-cv-00147-RKE | Changzhou Hawd Flooring Co., Ltd. et al v. United States | Fine Furniture (Shanghai) Limited, Canusa Wood Products Ltd., Concannon Corporation, Fabuwood Cabinetry Corporation, Holland Southwest International Inc., Liberty Woods International, Inc., Northwest Hardwoods, Inc., Richmond International Forest Products, LLC, Taraca Pacific, Inc., USPLY LLC, Guangdong Yihua Timber Industry Co., Ltd. |
| 1:19-cv-00178-JAR | Canadian Solar Inc. et al v. United States | CSI Cells Co., Ltd., CSI New Energy Holding Co., Ltd., CSI Solar Power (China) Inc., CSI Solar Power Group Co., Ltd., CSI Solar Technologies Inc., CSI Solartronics (Changshu) Co., Ltd., CSI-GCL Solar Manufacturing (YanCheng) Co., Ltd., Canadian Solar (USA) Inc., Canadian Solar Inc., Canadian Solar International, Ltd., Canadian Solar Manufacturing (Changshu), Inc., Canadian Solar Manufacturing (Luoyang), Inc., Changshu Tegu New Materials Technology Co., Ltd., Changshu Tlian Co., Ltd., Suzhou Sanysolar |

Form18-9

| | | |
|---|---|---|
| | | Materials Technology Co., Ltd. |
| 1:20-cv-00079-MAB | Unicatch Industrial Co., Ltd. et al v. United States | PrimeSource Building Products, Inc. |
| 1:20-cv-00080-MAB | Romp Coil Nails Industries Inc. v. United States | PrimeSource Building Products, Inc. |
| 1:21-cv-00596-TMR | American Manufacturers of Multilayered Wood Flooring v. United States | Double F Limited, Fine Furniture (Shanghai) Limited |